NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE HISATO SHINOHARA AND AKIRA SUGAWARA

---

2011-1226
(Serial No. 08/169,127)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## JUDGMENT

---

ERIC J. ROBINSON, Robinson Intellectual Property Law Offices, P.C., of Fairfax, Virginia, for appellant. With him on the brief was SEAN C. FLOOD.

NATHAN K. KELLEY, Associated Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia. With him on the brief were RAYMOND T. CHEN, Solicitor, and ROBERT J. MCMANUS, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* NEWMAN and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 8, 2011          /s/ Jan Horbaly
Date                              Jan Horbaly
                                      Clerk